FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0173

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0173

FILED

MAY 05 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

BETH MCLAUGHLIN,

Petitioner,

v.

ORDER

DEPARTMENT OF ADMINISTRATION,
and MONTANA STATE LEGISLATURE,

Respondent.

On April 28, 2021, Justice Jim Rice recused himself from all proceedings in this matter.

IT IS HEREBY ORDERED that District Court Judge Donald L. Harris is designated to participate in this matter in place of Justice Jim Rice,

The Clerk is directed to provide copies of this Order to the Hon. Donald L. Harris, and to all counsel of record.

DATED this 5 day of May, 2021.

For the Court,

By _____
Chief Justice